UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Apilonar L.,             Civ. No. 26-159 (PAM/JFD)

       Petitioner,

v.             **ORDER**

Pamela Jo Bondi, in her official capacity
as Attorney General of the United States;
Kristi Noem, in her official capacity as
Secretary of the Department of Homeland
Security; Todd Lyons, in his official
capacity as Acting Director of United
States Immigration and Customs
Enforcement; and David Easterwood, in
his official capacity as Acting Director,
St. Paul Field Office, U.S. Immigration
and Customs Enforcement,

       Respondents.

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Apilonar L. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration

of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims; and

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: <u>January 12, 2026</u>　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge